**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **U.S. COMMODITY FUTURES** | § | |
| **TRADING COMMISSION** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:10cv513** |
| | § | |
| **TOTAL CALL GROUP, INC., a** | § | |
| **Delaware Corporation a/k/a TPFX, Inc.** | § | |
| **a/k/a POWER PLAY FX; CRAIG B. POE,** | § | |
| **an individual; and THOMAS PATRICK** | § | |
| **THURMOND a/k/a Patrick Thurmond,** | § | |
| **an individual** | § | |
| | § | |
| **Defendants.** | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this

matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C.

§ 636.  On May 19, 2011, the report of the Magistrate Judge was entered containing proposed

findings of fact and recommendations that Plaintiff's Application for Entry of Default Judgment,

Permanent Injunction, Civil Monetary Penalty and Ancillary Equitable Relief Against All

Defendants (Dkt. 17) be GRANTED and that the proposed default judgment submitted by Plaintiff

(*see* Dkt. 21) be entered against Defendants.

Having received the report of the United States Magistrate Judge, and no objections thereto

having been timely filed, this court is of the opinion that the findings and conclusions of the

Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions

of the court.  Therefore, Plaintiff's Application for Entry of Default Judgment, Permanent Injunction,

Civil Monetary Penalty and Ancillary Equitable Relief Against All Defendants (Dkt. 17) is

GRANTED and the proposed default judgment submitted by Plaintiff (*see* Dkt. 21) shall be entered

against Defendants.

**IT IS SO ORDERED.**

**SIGNED this the 30th day of March, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE